UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-cr-80110-Cannon/Reinhart

CASE NO. _____

18 U.S.C. § 924(a)(1)(A)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

TEISHA LEANNA GRAHAM,

Defendant.

_____/

FILED BY SP D.C.
JUN 29 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about July 21, 2018, in Palm Beach County, in the Southern District of Florida, the defendant,

**TEISHA LEANNA GRAHAM,**

did knowingly make a false statement and representation with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter, that is, in connection with the acquisition of two (2) SCCY CPX-1 9mm pistols, from Queen of Pawns 7, a federally licensed firearms dealer, the defendant stated and represented on an ATF Form 4473 that she was the actual transferee/buyer of the firearm described therein, whereas in truth and in fact, and as the defendant then and there well knew, the defendant was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 2

On or about December 5, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**TEISHA LEANNA GRAHAM,**

did knowingly make a false statement and representation with respect to the information required by Chapter 44 of Title 18, United States Code, to be kept in the records of a person licensed under this chapter,

that is, in connection with the acquisition of a Century Arms Mini-Draco pistol, from Queen of Pawns 7, a federally licensed firearms dealer, the defendant stated and represented on an ATF Form 4473 that she was the actual transferee/buyer of the firearm described therein, whereas in truth and in fact, and as the defendant then and there well knew, the defendant was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **TEISHA LEANNA GRAHAM**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 924, or any other criminal law of the United States, as alleged in this Indictment, the defendant shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offense, pursuant to Title 18, United States Code, Section 924(d)(1).

All pursuant to Title 18, United States Code, Sections 924(d)(1) and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-cr-80110-Cannon/Reinhart

v.

TEISHA LEANNA GRAHAM,

_____/
Defendant.

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)
   I   ☒ 0 to 5 days                   ☐ Petty
   II  ☐ 6 to 10 days                  ☐ Minor
   III ☐ 11 to 20 days                 ☐ Misdemeanor
   IV  ☐ 21 to 60 days                 ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: _____
DANIEL E. FUNK
Assistant United States Attorney
FL Bar No.   0592501

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**:  TEISHA LEANNA GRAHAM

**Case No**:  23-cr-80110-Cannon/Reinhart

Counts # 1-2:

Making False Statements in the Records Required by a Federally Licensed Firearms Dealer

Title 18, United States Code, Section 924(a)(1)(A)
* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** None
* **Max. Supervised Release:** 3 years
* **Max. Fine:** $250,000

*Refers only to possible term of incarceration, supervised release and fines.  It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.